Filed 12/27/24  P. v. Calderon CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

THE PEOPLE,

    Plaintiff and Respondent,

v.

DAVID GUADALUPE CALDERON,

    Defendant and Appellant.

2d Crim. No. B336988
(Super. Ct. No. 2023030241)
(Ventura County)

Carlos Barragan arranged for his girlfriend to hide cell phones at a physical therapy facility that provided services to inmates at the Ventura County Jail.  David Guadalupe Calderon retrieved the phones from the facility and gave them to Barragan.  After he was caught, Calderon pleaded guilty to conspiracy to possess a wireless device in jail (Pen. Code, §§ 182, subd. (a), 4575), and admitted that he had suffered a prior strike conviction (Pen. Code, §§ 667, subds. (b)-(i), 1170.12, subds. (a)-(d)).  The trial court struck the prior strike (see *People v. Superior*

*Court (Romero)* (1996) 13 Cal.4th 497, 529-530) and sentenced Calderon to two years in state prison.

We appointed counsel to represent Calderon in this appeal. After counsel examined the record, she filed an opening brief that raises no arguable issues. On September 6, 2024, we advised Calderon that he had 30 days to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Calderon's attorney fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

YEGAN, Acting P. J.

CODY, J.

Catherine M. Voelker, Judge

Superior Court County of Ventura

_____

Jin H. Kim, under appointment by the Court of Appeal, for
Defendant and Appellant.

No appearance for Plaintiff and Respondent.